DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

27 AUGUST 2013

| 329P13 | State v. Samuel Antwan Washington | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1559) | 1. Denied |
| | | 2. Def's PWC to Review Order of Superior Court of Cabarrus County | 2. Denied |
| 331P13 | Lavern Ray Irwin v. N.C. Parole Commission; Anthony E. Rand, Commissioner; and Bryan Wells, Superintendent of Pender C.I. | 1. Petitioner's *Pro Se* Motion for PDR (COAP13-412) | 1. Denied |
| | | 2. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | 2. Denied 07/25/13 |
| 332P13 | Bobby R. Knox, Jr. v. Davis, et al. | 1. Plt's *Pro Se* Motion for Rehearing | 1. Dismissed 08/05/13 |
| | | 2. Plt's *Pro Se* Petition for *Writ of Habeas Corpus* | 2. Denied 08/05/13 |
| | | 3. Plt's *Pro Se* Motion for Protective Order | 3. Denied 08/05/13 |
| | | 4. Plt's *Pro Se* Motion for Surveillance on Prisoner for Medical Complaints | 4. Dismissed 08/05/13 |
| 333P13 | State v. Gerald Ernest Manning, Jr. | Def's *Pro Se* Motion for PDR (COAP13-333) | Dismissed |
| 336P13 | State v. Earl Lee Wilson | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1233) | Denied |
| 339P13 | Theodore J. Williams v. N.C. Office of Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied 07/31/13 |
| 345P13 | State v. Samuel J. Jackson | Def's *Pro Se* Motion for Appeal (COAP13-489) | Dismissed |
| 347P13 | State v. Wesley Deland Stevens | 1. State's Motion for Temporary Stay (COA12-1394) | 1. Allowed 08/05/13 |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 350P13 | Michael Anthony Dilworth v. Ed McMahon, Sheriff | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied 08/14/13 |
| 353P13 | State v. Matthew Broome | 1. Def's *Pro Se* Motion for Reconsideration an Error for Review | 1. Denied |
| | | 2. Def's *Pro Se* Motion for Appointment of Counselor for Review | 2. Dismissed as Moot |